1934860

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

FILED
JUL 2 6 2005
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

July 21, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
AUG 04 2005
CLERK US DIST COURT
ST. PAUL, MN

Re: Dale Robert Bach
v. United States
No. 05-5414
(Your No. 04-1211)

CR 01-221 PAM/RLE

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 19, 2005 and placed on the docket July 21, 2005 as No. 05-5414.

Sincerely,

**William K. Suter**, Clerk

by [signature]
Heather Trant
Case Analyst

SCANNED
AUG 0 4 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
JUL 26 2005
U. S. COURT OF APPEALS
EIGHTH CIRCUIT