UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America, Crim. File No. 01-221 (PAM)

Plaintiff,

v. **ORDER**

Dale R. Bach,

Defendant.

---

This matter is before the Court on Defendant's request for appointment of counsel. The Court is satisfied that Defendant is financially unable to afford counsel. Accordingly, **IT IS HEREBY ORDERED** that the Office of the Federal Public Defender is appointed to represent Defendant for the purposes of his proceeding under 28 U.S.C. § 2255.

Dated: November 2, 2005

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge